# ELECTRONIC RECORD

COA # 06-14-00150-CR     OFFENSE: 22.02

STYLE: Timothy Earl Petty v. The State of Texas     COUNTY: Fannin

COA DISPOSITION: Affirmed     TRIAL COURT: 336th District Court

DATE: 2/4/15     Publish: No     TC CASE #: CR-12-24244

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Timothy Earl Petty v. The State of Texas     CCA #: **256-15**

_APPELLANT'S_ Petition     CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:     DATE: _____

_REFUSED_     JUDGE: _____

DATE: 04/22/2015     SIGNED: _____     PC: _____

JUDGE: _____     PUBLISH: _____     DNP: _____

---------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD